## Commonwealth ex rel. Butler, Appellant, *v.* Myers.

Submitted December 13, 1965. *Russell Butler,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Cabey, Appellant, *v.* Rundle.

Submitted December 13, 1965. *William Cabey,* appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.